UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MOJICA-ALDANA, : | CIV. NO. 3:23-cv-0836 |
| PETITIONER : | |
| : | (JUDGE MANNION) |
| v. : | |
| IMMIGRATION CUSTOMS AND : | |
| ENFORCEMENT, | |
| : | |
| Respondent | |
| : | |

## ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

1. Mojica-Aldana's petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DISMISSED** as moot, in light of Petitioner's June 6, 2023 removal from the United States.

2. The Clerk of Court is directed to **CLOSE** the above captioned action.

MALACHY E. MANNION
United States District Judge

Dated: June 29, 2023
23-0836-02-ORDER